■ State of Israel v St. Martin's Press, Inc.—Motion by St. Martin's Press, Inc. granted and temporary restraining order vacated, as is this court's order dated September 12, 1990, which sealed the motion papers herein; and the brief of the *amici curiae* is deemed filed. Concur—Murphy, P. J., Ross, Carro and Rosenberger, JJ. *[See,* 166 AD2d 251.]